1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                   CENTRAL DISTRICT OF CALIFORNIA

10

JS-6

11   AMERICA UNITES FOR KIDS, et al.,          CV 15-2124 PA (AJWx)

12              Plaintiffs,                     JUDGMENT AND PERMANENT
                                                INJUNCTION
13        v.

14   SANDRA LYON, et al.,

15              Defendants.

16

17

18        Pursuant to this Court's Findings of Fact and Conclusions of Law, it is hereby

19   ORDERED, ADJUDGED, AND DECREED:

20        1.    Plaintiff Public Employees for Environmental Responsibility is dismissed for

21   lack of standing.

22        2.    Defendants Sandra Lyon in her official capacity as Superintendent of the Santa

23   Monica-Malibu Unified School District, Janece Maez, in her official capacity as Associate

24   Superintendent and Chief Financial Officer of the Santa Monica-Malibu Unified School

25   District, and Laurie Lieberman, Dr. Jose Escarce, Craig Foster, Maria Leon-Vazques,

26   Richard Tahvildaran-Jesswein, Oscar De La Torre, and Ralph Mechur, in their official

27   capacities as members of the Santa Monica-Malibu Unified School District Board of

28   Education (collectively "Defendants") are hereby permanently enjoined from using any

office, classroom, or other structure at Juan Cabrillo Elementary School ("JCES") and Malibu Middle and High School ("MHS") (collectively the "Malibu Campus") constructed prior to 1979 in which students, teachers, administrators, or staff are regularly present after December 31, 2019, unless all window and door systems and surrounding caulk at any such location has been replaced.

3.      Plaintiffs, their officers, directors, members, supporters, employees, and anyone acting in concert with them, are permanently enjoined from sampling or testing caulk, other building materials, or any other item or location at the Malibu Campus, except with the express authorization of a court of competent jurisdiction.

4.      Consistent with the December 21, 2015 Minute Order granting in part the Motion for Sanctions filed by Defendants (Dkt. No. 76), each party shall bear its own costs and attorneys' fees.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED:  September 1, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE